## United States District Court
### Violation Notice

CVB Location Code: EU88

Violation Number: R 4003401
Officer Name (Print): Collins, T.
Officer No.: C3470

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 11/24/2014 0817
Offense Charged: VA 46.2-870
Place of Offense: Boundary Channel Dr (WB)
Offense Description: Speeding (L4) 47/25 mph Zone (543.7 ft)

**DEFENDANT INFORMATION**

Last Name: Demetrius
First Name: Sean
M.I.: S

Tag #: 098 WVC  State: FL  Year: 08  Make: Jeep  Model: SUV  Color: Silver

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$110.00 Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $135.00 Total Collateral Due

**YOUR COURT DATE**

Court Address: United States District Court
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

Date: 02/05/2015
Time: 09:00 AM

X Defendant Signature: [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Nov 24, 2014 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I observed a silver in color Jeep SUV displaying Florida license plates 098 WVC traveling at what appeared to be higher than the posted speed limit of 25 mph. I used the Pro Laser III, which confirmed the vehicle was traveling at 47 mph at a distance of 543.7 feet on the Pentagon reservation.

The foregoing statement is based upon:

☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/24/2014  T. Collins

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge